IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) MARIBEL RODRIGUEZ-FRAGOSO<br>2) ANGEL HERNANDEZ-NUÑEZ<br>3) VICTOR GONZALEZ-CRUZ<br>4) JOSE DAVID SANJURJO-CARILLO<br>5) ALEXANDER CALDERON-LOPEZ<br>6) CARLOS NATAL-SILVA<br>7) FELIX AQUINO-HIRALDO<br>8) JOSE CASTRO-ARROYO<br>9) CHRISTIAN ESCALERA-RODRIGUEZ<br>10) EDWIN SAMUEL LISBOA-GARCIA<br>11) JOSE E. NAVARRO-RIVERA<br>12) LUIS D. VAZQUEZ-RIVERA<br>13) NICOLAS RIVERA-LUCIANO<br>14) LUIS AYALA-HERRERA<br>15) MARIO MACEIRA-ESPIRITUSANTO<br>16) HUGO E. OQUENDO-ALEJANDRO<br>17) GERARDO I. BETANCOURT-ESTRELLA<br>**18) NELSON ORTIZ-CHERVONY**<br>19) ORSI GERMAN RODRIGUEZ-CONTRERAS<br>20) RUDOLFO TORRES-CORTES<br>21) JOSE OMAR CARABALLO-NIEVES<br>22) EUGENE A. ROMERO-SANTIAGO<br>23) ANGEL L. MORALES-SEDA<br>24) ARMANDO MEDINA-GUZMAN<br>25) JESUS MANUEL LAUREANO-PEREZ<br>Defendants | CRIMINAL 12-0434CCC |

**ORDER**

Having considered the Report and Recommendation filed on May 23, 2013 (**docket entry 477**) on a Rule 11 proceeding of defendant Nelson Ortiz-Chervony (18) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on May 22 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

CRIMINAL 12-0434CCC                              2

      This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 22, 2013.  The **sentencing hearing is set for August 27, 2013 at 4:15 PM**.

      SO ORDERED.

At San Juan, Puerto Rico, on June 10, 2013.

                                                                  S/CARMEN CONSUELO CEREZO
                                                                    United States District Judge